BEATRICE M. MONTANYE, Appellant, *v.* THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Submitted April 5, 1954; decided April 23, 1954.

Motion for leave to appeal from the order of the Supreme Court, Oneida County, dated March 2, 1954, dismissed upon the ground that this court has no power to grant the relief requested. Appeal taken as of right from this order dismissed upon the ground that there is not solely involved a question under the Constitution. Motion, insofar as it seeks reargument in prior proceedings, denied. Motion, insofar as it seeks to reargue prior motions for leave to appeal, dismissed. Appeals as of right from orders and judgments dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARDO SALEMI, Appellant.

Submitted April 21, 1954; decided April 23, 1954.

Motion for reargument of motion to amend remittitur and for stay of execution of judgment denied. [See 306 N. Y. 863.]

In the Matter of HELEN McCARTHY RIVETTE, an Attorney, Appellant. ASSOCIATION OF THE ONONDAGA COUNTY BAR, Respondent.

Submitted April 19, 1954; decided April 23, 1954.

*Victor Levine* for motion.

*Arthur W. Wilson* opposed.

Motion denied.